The undersigned counsel for Plaintiff hereby certifies that the within and foregoing pleading was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B), NDGa.

This the 10th day of April, 2020.

/s/ William J. Smith
William J. Smith
Georgia Bar No. 710280

## CERTIFICATE OF SERVICE

I hereby certify that I have caused or will cause service to issue upon Defendants to this Action with the foregoing document pursuant to Fed. R. Civ. P. 5.

This the 10th day of April, 2020.

/s/ William J. Smith
William J. Smith
Georgia Bar No. 710280

# EXHIBIT "A"
(PHYSICALLY FILED)

# EXHIBIT "B"



# INCIDENT REPORT

Incident #: 18-100-2527-00

**Prepared:**

4/26/2018 8:20:57 AM

On 04/10/2018 I Ofc Simeon while on patrol along North Ave. witnessed a black Ford Escape drive through the intersection of North Ave and Luckie St after the light turned red. I turned on my blue lights and siren and stopped the vehicle. Upon contact with the driver , the driver stated "I was already committed to that light and was not about to stop". I asked the driver for her license and returned to my vehicle to run the license number on ACIC. I ran the vehicle by tag (RHJ7430) and the driver by OLN ( 059347537). ACIC advised no warrant and the vehicle was registered and insured. I wrote the driver a citation for the red light violation and upon my return to the vehicle the driver was very upset. The driver stated "you are trying to take all my money" and in return I stated " No , I just want you to obey the traffic laws". the driver started to shout profanities at me and I advised her not to make matters worst by going to jail for disorderly conduct. The driver then tried to snatch the citation out of my hand at which point I told her not to snatch because I will need her to sign the citation. Driver stated "fuck you ,I am not fucking signing". I at that time advised her that she would be going to jail and to open the door to the vehicle. Driver re attached her seatbelt and attempted to put the vehicle in drive mode to drive off. I quickly opened the vehicle door and took out my asp baton and advised if she attempted to close the door , I would break the window. I placed my asp baton on the roof of the vehicle and reach in vehicle to unbuckle the seatbelt in order to get the driver out of the vehicle. The driver refused to get out while screaming and cursing. The driver then slapped me across my face so hard that my face was burning. I then grabbed the driver from the back of her neck and pulled her out the car. driver continued to resist so I took the driver to the ground at which point I was able to place her under arrest. I notified radio the driver was in custody and requested an ambulance to evaluate her for any cuts or bruises. Multiple units arrived on scene along with my supervisor Sgt Houston (unit 1598). I then searched the vehicle and found an open bottle of wine along with a clear glass containing wine in the driver side door from which the driver was drinking from. the driver was evaluated and transported from the scene by Grady unit 465 to Grady hospital for further evaluation. The vehicle was removed off the road way by Atow. The driver's belongings were placed in city property along with the bottle and glass as evidence. The entire incident was captured on body warn camera. The ID unit responded to the hospital and took pictures of the driver's injuries. I charged and obtained 8 warrants for her arrest. The driver was charged with 16-5-24 (c) Aggravated battery on law enforcement officer, 16-10-24(a) willful obstruction of law enforcement, 40-13-2.1 failure to sign citation, 16-11-39 disorderly conduct, 40-6-391(a)(1) DUI alcohol less safe, 40-6-253 driving while in possession of an open container of alcohol, 40-6-20 failure to obey traffic control device, 16-10-24(b) willful obstruction of law enforcement officer by use of threats and violence. Custody of the driver was turned over to the department of corrections. There is nothing further to report at this time.

THE UNDERSIGNED, BEING DULY SWORN, UPON HIS OR HER OATH, DEPOSES AND STATES THAT THE FOREGOING IS TRUE, CORRECT, COMPLETE AND LEGIBLE TO THE BEST OF HIS/HER KNOWLEDGE AND BELIEF.

| Reporting Officer (Elec. Sig.) | ID # | Assignment | Gender | Signed Date |
|---|---|---|---|---|
| SIMEON  (YES ) | 6859 | 504 | | 4/20/2018 |
| Supervisor (Elec. Sig.) | ID # | Assignment | Gender | Signed Date |
| HOUSTON  (YES ) | 3742 | 504 | | 4/20/2018 |

| Clerk ID # | 2765 | File Date | 4/23/2018 11:53:42 AM |
|---|---|---|---|

# EXHIBIT "C"

## IN THE SUPERIOR COURT OF FULTON COUNTY GEORGIA
### FIRST APPEARANCE COURT ACTION

The accused, _____ was arrested on the ____ day of _____, _____, for the crimes enumerated in Superior Court Complaint number _____ and appeared before me today where the following occurred:

☐　　Judge _____ presided and read these constitutional rights to the defendant:

　　✓　　You have the right to remain silent;
　　✓　　Anything you say can and will be used against you in a court of law;
　　✓　　You have a right to an attorney; and
　　✓　　If you can not afford an attorney, I will appoint an attorney for you at no cost to you or your family.

☐　　The Court found that probable cause exists to detain the defendant for the crimes enumerated in the above referenced Complaint.

☐　　The issue of bond was argued by counsel.  The court set a total bond amount of $_____ was set.  (See attached order.)

☐　　The defendant was served in open court with the state's petition to revoke the defendant's existing probation and a warrant for the defendant's arrest was signed.

☐　　Attorney _____, whose telephone number is _____, was appointed to represent (or represents) the defendant.

☐　　The defendant's case was placed on the All Purpose Calendar.  (The following may occur at the All Purpose Calendar: the defendant may enter a plea of guilty; probation revocation, bond, or preliminary hearings may be held.)  This calendar will be held as follows:

　　　　　　　　　　　　　　　　　Date　　　　　　　Time　　　　　Place

☐　　Written notice was served upon the defendant for the above noted calendar and *the defendant was informed that a warrant will issue for his arrest if he fails to appear.*

☐　　Court verified address of the defendant.

_____
Signature of Defendant

_____　_____　_____
Street Number　　　　　　Street Name　　　　　　Apt. #

_____　_____　_____
City　　　　　　　　　　State　　　　　　　　　　Zip Code

Witness my hand and official signature, as Judge, this _____ day of _____, _____.

_____
Judge

# EXHIBIT "D"

# IN THE MAGISTRATE COURT OF FULTON COUNTY GEORGIA

State of Georgia                    Case #: _18CP174345_    Book-in #: _18007285_

v.                                  Charge(s): 1. _Willful Obst of LEO_  2. _Agg Assault Against LEO_

_Emilee Rambler_                                3. _Failure to Sign Cit_  4. _Out Too Many Traff Sig, Signal, or_

Defendant                                     5. _Obst of LEO (misd)_  6. _Disorderly Conduct (misd)_

                                               7. _DUI (misd)_
                                               8. _Poss of Open Alcohol Cont (misd)_

## ORDER FOR BOND

HAVING CONSIDERED THE ISSUE OF BOND PURSUANT TO O.C.G.A. §17-6-1, **IT IS ORDERED:**

☐  Bond is set as follows: 1. $ _10,000_    2. $ _20,000_    3. $ _1000_    4. $ _1000_
    5. $ _1000_    6. $ _1000_    *(use additional sheets, if necessary)*

   Total bond amount is $_40,000_ : ☐ surety    ☐ property    ☐ cash  *(check one)*

☐  Defendant may be released to Fulton County Pretrial Services in lieu of cash, surety, or property bond.

☐  Defendant may sign his or her own bond ("SOB").    7. _500_  8. _1000_

CONDITIONS OF BOND OR PRETRIAL SERVICES RELEASE: *(check all that apply)*

☐  Defendant shall not violate the laws or ordinances of this state, any political subdivision of this state, or any municipality of this state, or of the United States or of any other state of the United States.

☐  Defendant shall have no contact, directly or indirectly, with any victim or victim's family member, professional, personal, or close associate, whether by phone, mail, e-mail, pager, or any writing, sign, note, or message. If the defendant encounters any victim, the defendant must immediately leave the area and remain at least 200 yards away from any victim.

☐  If the defendant changes address, the defendant immediately shall notify in writing the Clerk of Magistrate Court, Attn: Courts Bureau, 136 Pryor Street, SW., Suite C515, Atlanta, GA  30303.

☐  If the defendant fails to appear at any court proceeding upon proper notice, the case will be boundover to State Court.

☐  Other: _FN: 4-26-18 @ 9:30am 8C_
    _____
    _____

                                        _____
                                        Signature of Defendant *(acknowledging all conditions)*

HAVING CONSIDERED BOND, BOND IS DENIED BECAUSE: *(check all that apply)*

☐  Defendant poses a significant risk of fleeing the jurisdiction of the court or failing to appear in court when required;

☐  Defendant poses a significant threat or danger to any person, to the community, or to any property in the community;

☐  Defendant poses a significant risk of committing any felony pending trial;

☐  Defendant poses a significant risk of intimidating witnesses or otherwise obstructing the administration of justice.

SO ORDERED, this _12_ day of _April_, 20_18_.

                                        _____
                                        Judge

# EXHIBIT "E"

# Fulton County Pretrial Services

Intake Unit
1101 Jefferson Street, NW
Atlanta, Georgia 30318-8009
Phone (404) 613-4840
Fax (404) 332-0330

ATLANTA JUDICIAL CIRCUIT

## Felony Conditions of Release

**Participant:** Ramsier, Emilee

**Booking No.:** 1807285
**Level** ① 2 3   ISP

I VOLUNTARILY consent to participate in the Pretrial Release Program administered by the Fulton County Pretrial Services Agency. I understand that my participation in this program requires that I must abide by the following rules and conditions:

1. Report for **Pretrial Orientation** at the Pretrial Services Supervision Office at **34 Peachtree Street, NW, Suite 300, Atlanta, Georgia 30303** on **Friday, April 13, 2018**  The Orientation process could take up to three (3) hours. **Orientation participants will not be permitted on the floor before 9:15 a.m.** Please call the **Supervision Unit at (404) 612-2626** if you have questions or problems.  *Failure to report in person could result in a warrant being issued for your arrest.*
    a. Report to **Orientation FIRST if you are on Phone Report.**  [Client Initials: _____]
    b. **Do not bring guests** unless the guest is the **Co-Signer on your bond.**
    c. **Public transportation (MARTA) and paid parking are available at your own expense.**
    d. Bring the names, addresses and phone numbers of two (2) emergency contacts.
2. Appear for your scheduled **All-Purpose Hearing (APH)** on **April 26, 2018 in Courtroom 8C at 9:30 a.m.**
    a. Appear for all other court hearings and/or court dates.  Failure to appear for a scheduled court date could result in the issuance of a Bench Warrant for your arrest.
3. Must be screened by Accountability Court staff for eligibility purposes.
4. **Refrain from the use of ALL illegal substances and acts.**
    a. **Do not report to Court or Pretrial under the influence of alcohol or drugs.**
    b. Submit to urine samples whenever requested to do so.
5. Notify the supervising Pretrial Case Manager and the Superior/Magistrate Court Clerk's Office of any change in your address.  You may call the **Superior/Magistrate Court Clerk's Office at (404) 613-5313 or (404) 613-5314.**
6. Obtain and/or maintain employment, attend school full-time, attend GED classes, or other suitable activities when approved by your supervising Pretrial Case Manager.
    a. Participate in any classes, counseling and/or treatment as determined by the supervising Pretrial Case Manager or the Court.
7. **Do not leave the Metropolitan Atlanta area** (which includes the following counties:  Carroll, Cherokee, Clayton, Cobb, Coweta, Dekalb, Douglas, Fayette, Forsyth, Fulton, Gwinnett, Henry, Paulding, Rockdale and Spalding) without prior permission from the Court.
8. **Other Conditions:  (Check all that apply)**

| | | |
|---|---|---|
| ADET-Alcohol/Drug Eval/Treatment | No Further Contact | Stay Away/Children |
| Anger Management | No Further Violent Contact | Stay Away/Location |
| Co-Signer | No Drugs/Alcohol Use or Access | Stay Away/Person |
| Community Service | No Weapons | Surrender Passport |
| Curfew | Parenting Class | Third Party Visitation |
| DVIP-Domestic Viol. Int. Prog. | ✓ Random ~~Drug~~ Screens  Alcohol | Treatment Diversion Court |
| GED | Restitution | Women Resorting to Violence |
| Gun Safety Class | Shoplifting/Theft Prevention Class | Parental Cosigner |

I understand that failure to comply with these rules and conditions could result in a warrant being issued for my arrest.  This document has been reviewed with me by the undersigned Pretrial Officer.

Omolewa Bostick  April 12, 2018                        X _____
**Pretrial Officer Signature           Date**               **Participant Signature**

V05232017

# EXHIBIT "F"

NJ

## INDICTMENT

FILED IN OFFICE
13CP174845

JUN 12 2019

DEPUTY CLERK, SUPERIOR COURT
FULTON COUNTY, GA

Clerk No. 19SC116002

**FULTON SUPERIOR COURT**

THE STATE OF GEORGIA

V.

**EMILEE S RAMSIER**
DA #: 18DA04461

1    **WILLFUL OBSTRUCTION OF LAW ENFORCEMENT OFFICERS BY USE OF THREATS OR VIOLENCE O.C.G.A. §16-10-24(B)**

2    **DRIVING UNDER THE INFLUENCE OF ALCOHOL -LESS SAFE O.C.G.A. §40-6-391(A)(1)**

3    **POSSESSION OF OPEN ALCOHOL CONTAINER O.C.G.A. §40-6-253**

4    **FAILURE TO OBEY SIGNS OR CONTROL DEVICES O.C.G.A. §40-6-20**

5    **FAILURE TO SIGN CITATION O.C.G.A. §40-13-2.1**

FILED IN OFFICE

MAR 20 2019

DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

FILED IN OFFICE

MAY 22 2019

DEPUTY CLERK SUPERIOR COURT
PERSON FULTON COUNTY, GA

_True_ BILL

March 19, 20 19

Grand Jury Foreperson

**PAUL L. HOWARD, JR., District Attorney**

| The Defendant waives copy of indictment, list of witnesses, formal arraignment and pleads _NOT_ Guilty. | The Defendant waives copy of indictment, list of witnesses, formal arraignment and pleads _____ Guilty. _TO CTS #1 &3 ONLY PURSUANT TO ALFORD V. N.C._ | The Defendant waives copy of indictment, list of witnesses, formal arraignment and pleads _____ Guilty. |
|---|---|---|
| Defendant | Defendant | Defendant |
| Attorney for Defendant | Attorney for Defendant | Attorney for Defendant |
| Assistant District Attorney | Assistant District Attorney | Assistant District Attorney |
| This _20_ day of _May_, _19_ | This _12_ day of _June_, _19_ | This _____ day of_____, ___ |

**STATE OF GEORGIA, COUNTY OF FULTON**

**IN THE SUPERIOR COURT OF SAID COUNTY**

**THE GRAND JURORS,** selected, chosen and sworn for the County of Fulton, to wit:

| | |
|---|---|
| 1. Cameson Ellis, Foreperson | 14. Dariq Leach |
| 2. Breanne Danner, Asst. Foreperson | 15. Isaiah Leacock |
| 3. Cheryl Noble, Secretary | 16. Michele Marson |
| 4. Allison Kleszczewski, Asst. Secretary | 17. Neil Mulcahy |
| 5. Lonnie Carter | 18. Susana Pyon |
| 6. Toni Anderson-Elston | 19. Alex Woolslair R3 |
| 7. Steve Earley | 20. Latreske Schofield |
| 8. Linda Franzkowiak | 21. Mary L Steffes |
| 9. Nechellar Franklin | 22. Eddie Trotty |
| 10. Mary Lauren Garrison | 23. Corlis Respert Wisdom |
| 11. Dean Harris | 24. Thomas Faust |
| 12. Josqueline Hutton | 25. Joshua Teal |
| 13. Tachelle Jackson | 26. Alice Sylvester |

in the name and behalf of the citizens of Georgia, do charge and accuse **EMILEE S RAMSIER** with the offense of **WILLFUL OBSTRUCTION OF LAW ENFORCEMENT OFFICERS BY USE OF THREATS OR VIOLENCE O.C.G.A. §16-10-24(b)**, for the said accused, in the County of Fulton and State of Georgia, on the **10th day of April, 2018, did knowingly resist, obstruct, and oppose G. Simeon, a law enforcement officer engaged in the lawful discharge of his official duties, by doing violence to the person of such officer, by slapping him** - contrary to the laws of said State, the good order, peace and dignity thereof;

### COUNT 2 of 5

and the Grand Jurors aforesaid, in the name and behalf of the citizens of Georgia, do charge and accuse **EMILEE S RAMSIER** with the offense of **DRIVING UNDER THE INFLUENCE OF ALCOHOL -LESS SAFE O.C.G.A. §40-6-391(a)(1) (MISDEMEANOR)**, for the said accused, in the County of Fulton and State of Georgia, on the **10th day of April, 2018, did unlawfully drive a moving motor vehicle while under the influence of alcohol, to the extent that it was less safe for the said accused to drive** -contrary to the laws of said State, the good order, peace and dignity thereof;

### COUNT 3 of 5

and the Grand Jurors aforesaid, in the name and behalf of the citizens of Georgia, do charge and accuse **EMILEE S RAMSIER** with the offense of **POSSESSION OF OPEN ALCOHOL CONTAINER O.C.G.A. §40-6-253 (MISDEMEANOR)**, for the said accused, in the County of Fulton and State of Georgia, on the **10th day of April, 2018, did unlawfully possess an open container of an alcoholic beverage, to wit: wine, which was immediately capable of being consumed and from which the seal had been broken, while operating a vehicle** -contrary to the laws of said State, the good order, peace and dignity thereof;

## COUNT 4 of 5

and the Grand Jurors aforesaid, in the name and behalf of the citizens of Georgia, do charge and accuse **EMILEE S RAMSIER** with the offense of **FAILURE TO OBEY SIGNS OR CONTROL DEVICES O.C.G.A. §40-6-20 (MISDEMEANOR)**, for the said accused, in the County of Fulton and State of Georgia, on the **10th day of April, 2018, while operating a motor vehicle on a public highway, did approach an intersection controlled by a red stop light and did proceed into said intersection while facing the red stop signal** -contrary to the laws of said State, the good order, peace and dignity thereof;

## COUNT 5 of 5

and the Grand Jurors aforesaid, in the name and behalf of the citizens of Georgia, do charge and accuse **EMILEE S RAMSIER** with the offense of **FAILURE TO SIGN CITATION O.C.G.A. §40-13-2.1 (MISDEMEANOR)**, for the said accused, in the County of Fulton and State of Georgia, on the **10th day of April, 2018, refuse to sign a citation to acknowledge receipt of said citation and her obligation to appear for trial** -contrary to the laws of said State, the good order, peace and dignity thereof.

**PAUL L. HOWARD, JR., District Attorney**



# EXHIBIT "G"

___ Amended Sentence    ___ Modified Sentence    ___ Revoked 1ˢᵗ Offender Sentence    ___ Re-Sentence

## IN THE SUPERIOR COURT OF FULTON COUNTY, STATE OF GEORGIA

**STATE OF GEORGIA**

**vs**

**EMILEE S RAMSIER**

**CRIMINAL ACTION #:**
**19SC166002**

**MAY - JUN Term of 2019**



| Clerk to complete if incomplete: |
|---|
| OTN(s): |
| DOB: 07/07/1985 |
| GA. ID#:GA-059347537 |

**Final Disposition:**
**FELONY With PROBATION**

First Offender/ Conditional Discharge entered under :
__X__ O.C.G.A. § 42-8-60    ___ O.C.G.A. § 16-13-2
___ Repeat Offender as imposed below
___ Repeat Offender Waived

**PLEA:**
__X__ Negotiated    ___ Non-negotiated

**VERDICT:**
___ Jury    ___ Non-Jury

### The Court enters the following judgment:

| Count | Charge (as indicted or accused) | Disposition Guilty; Not Guilty; Guilty-Alford Guilty-Lesser incl; Nol Pros; Nolo Contendere; Dead Docket; 1ˢᵗ Offender;1ˢᵗ Offender- Alford Order | Sentence | Fine | Concurrent/ Consecutive, Merged, Suspended Commute to Time Served |
|---|---|---|---|---|---|
| 1 | Willful Obstruction Of Law Enforcement Officer by Use of Threats Or Violence-Felony | 16-10-24(b) 1ˢᵗ Offender- Alford | 2 YEARS PROBATION UNDER THE 1ˢᵗ OFFENDER ACT | 0.00 | |
| 2 | DUI-Driving Under The Influence Alcohol-Less Safe | 40-6-391(a)(1) Nol Pros | | | |
| 3 | Possession Of Open Alcohol Container | 40-6-253 1ˢᵗ Offender- Alford | 12 MONTHS PROBATION UNDER THE 1ˢᵗ OFFENDER ACT | | CONCURRENT W/ CT 1 |
| 4 | Failure To Obey Traffic Signs, Signals and Markings | 40-6-20 Nol Pros | | | |
| 5 | Failure to Sign Citation | 40-13-2.1 Nol Pros | | | |

The Defendant is adjudged guilty or sentenced under First Offender/Conditional Discharge for the above-stated offense(s); the Court sentences the Defendant to confinement in such institution as the Commissioner of the State Department of Corrections may direct, with the period of confinement to be computed as provided by law.

19SC166002    EMILEE S RAMSIER

Sentence Summary: The Defendant is sentenced for a total of **2 YEARS PROBATION UNDER THE 1ST OFFENDER ACT**

$\lceil\_\rfloor$, with the first $\lceil\_\rfloor$ to be served in confinement and the remainder to be served on probation; or ☐ to be served on probation.

The Defendant is to receive credit for time served in custody: ☐ from $\lceil\_\rfloor$; or ☐ as determined by the custodian.

☒ 1. The above sentence may be served on probation provided the Defendant shall comply with the Conditions of Probation imposed by the Court as part of this sentence.

☐ 2. Upon service of $\lceil\_\rfloor$, the remainder of the sentence may be served on probation; PROVIDED, that the Defendant shall comply with the Conditions of Probation imposed by the Court as part of this sentence.

☐ 3. The Court sentences the Defendant as a recidivist under O.C.G.A.:
☐ § 17-10-7(a); ☐ § 17-10-7(c); ☐ §16-7-1(b); ☐ § 16-8-14(b); or ☐ $\lceil§\_\rfloor$

## GENERAL CONDITIONS OF PROBATION

The Defendant is subject to arrest for any violation of probation. If probation is revoked, the Court may order incarceration. The Defendant shall comply with the following General Conditions of Probation: **1)** Do not violate the criminal laws of any governmental unit and be of general good behavior. **2)** Avoid injurious and vicious habits. **3)** Avoid persons or places of disreputable or harmful character. **4)** Report to the Community Supervision Officer as directed and permit the Community Supervision Officer to visit you at home or elsewhere. **5)** Work faithfully at suitable employment insofar as may be possible. **6)** Do not change your place of abode, move outside the jurisdiction of the Court, or leave Georgia without permission of the Community Supervision Officer. If permitted to move or travel to another state, you agree to waive extradition from any jurisdiction where you may be found and not contest any effort by any jurisdiction to return you to this State. **7)** Support your legal dependents to the best of your ability. **8)** When directed, in the discretion of the Community Supervision Officer: *(a)* submit to evaluations and testing relating to rehabilitation and participate in and successfully complete rehabilitative programming; *(b)* wear a device capable of tracking location by means including electronic surveillance or global positioning satellite systems; *(c)* complete a residential or nonresidential program for substance abuse or mental health treatment; and/or *(d)* agree to the imposition of graduated sanctions as defined by law. **9)** Make restitution as ordered by the Court.

**FINE SURCHARGES or ADD-ONs:** The Court assesses all fine surcharges or add-ons as required by the laws of the State of Georgia and as are applicable to offense(s) for which the Defendant has been convicted.

1) The Court orders that: ☒ the Defendant shall pay the probation supervision fee as required by law;
2) or ☐ the probation supervision fee is waived.
3) If counsel was provided under the Georgia Indigent Defense Act: ☐ the Defendant shall pay the $50 Public Defender Application Fee; or ☐ the Public Defender Application Fee is waived.
4) If counsel was provided at public expense: ☐ the Defendant shall pay attorney's fees of $\$\lceil\ \rfloor$ to County; or ☐ attorney's fees are waived.

5) The Defendant shall pay the Crime Lab Fee as required by law.

## SPECIAL CONDITIONS OF PROBATION

The Defendant is advised that violation of any Special Condition of Probation may subject the Defendant to a revocation of probation and the Court may require the Defendant to serve up to the balance of the sentence in confinement. The Defendant shall comply with all Special Conditions of Probation: ☐ as

19SC166002       EMILEE S RAMSIER

..esignated on the attached Inventory of Special Conditions of Probation: [X] or as follows: *(import conditions to be imposed from Inventory of Special Conditions of Probation).*

**THE DEFENDANT MUST COMPLETE AN ANGER MGMT COURSE., THE PROBATION WILL BE TERMINATED AFTER 1 YEAR UPON COMPLETION OF THE COURSE AND COMPLIANCE**

## FIRST OFFENDER OR CONDITIONAL DISCHARGE
(If designated by the Court)

The Defendant consenting hereto, it is the judgment of the Court that no judgment of guilt be imposed at this time but that further proceedings are deferred and the Defendant is hereby sentenced to confinement at such institution as the Commissioner of the State Department of Corrections or the Court may direct, with the period of confinement to be computed as provided by law.

Upon violation of the terms of probation, upon conviction for another crime during the period of probation, or upon the Court's determination that the Defendant is or was not eligible for sentencing under the First Offender Act or for Conditional Discharge, the Court may enter an adjudication of guilt and proceed to sentence the Defendant to the maximum sentence as provided by law.

Upon fulfillment of the terms of this sentence, or upon release of the Defendant by the Court prior to the termination of this sentence, the Defendant shall stand discharged of said offense without court adjudication of guilt and shall be completely exonerated of guilt of said offense charged.

*For Court's Use:*

The Hon. **CURTIS L. HUBBARD, Jr.,** Attorney at Law, represented the Defendant by:
[X] employment; or [ ] appointment.

**SHELLEY DUHON**

Court Reporter

**SO ORDERED** this **12th day of June, 2019**

_Lcauau_ 6·12·19

NON-COMPLEX JUDGE
Judge of Superior Court
Atlanta Judicial Circuit

19SC166002    EMILEE S RAMSIER

**LILLIAN NASH CAUDLE**

_____

_(print or stamp Judge's name)_

**FIREARMS** – If you are convicted of a crime punishable by imprisonment for a term exceeding one year, or of a misdemeanor crime of domestic violence where you are or were a spouse, intimate partner, parent, or guardian of the victim, or are or were involved in another similar relationship with the victim, it is unlawful for you to possess or purchase a firearm including a rifle, pistol, or revolver, or ammunition, pursuant to federal law under 18 U.S.C. § 922(g)(9) and/or applicable state law.

**Acknowledgment:** I have read the terms of this sentence or had them read and explained to me. If all or any part of this sentence is probated I certify that I understand the meaning of the order of probation and the conditions of probation. I understand that violation of a special condition of probation could result in revocation of all time remaining on the period of probation.

_____

Defendant

19SC166002        EMILEE S RAMSIER

CATHELENE ROBINSON, CLERK OF SUPERIOR COURT OF FULTON COUNTY, GEORGIA
I, DO CERTIFY THAT THE WITHIN AND FOREGOING IS A TRUE, COMPLETE
AND CORRECT COPY OF THE ORIGINAL IN SAID CASE, AS APPEARS ON FILE
AND RECORDED IN THE OFFICE OF THE CLERK OF SUPERIOR COURT
FULTON COUNTY, CRIMINAL DIVISION, ATLANTA, GA.

WITNESS MY HAND AND SEAL OF SAID COURT THIS

_____ DAY OF _____, 20 __

_____
DEPUTY CLERK

# EXHIBIT "H"



