AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

\_\_Northern\_\_ District of \_\_Georgia\_\_

| | | |
|---|---|---|
| TEAIRRA PURVIS, individually, on behalf of her minor child, J.A., and on behalf of all others similarly situated,<br>*Plaintiff(s)*<br><br>v.<br><br>AVEANNA HEALTHCARE, LLC,<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    AVEANNA HEALTHCARE, LLC
c/o CORPORATION SERVICE COMPANY (Registered Agent)
40 Technology Parkway South, Suite 300
Norcross, GA 30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shireen Hormozdi
HORMOZDI LAW FIRM, LLC
1770 Indian Trial Lilburn Road, Suite 175
Norcross, GA 30093

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____

*Signature of Clerk or Deputy Clerk*