UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD, JR., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BRAD RAFFENSPERGER, in his official )<br>capacity as Secretary of State of the State )<br>of Georgia, REBECCA N. SULLIVAN, )<br>in her official capacity as Vice Chair of )<br>the Georgia State Election Board, )<br>DAVID J. WORLEY, in his official )<br>capacity as a Member of the Georgia )<br>State Election Board, MATTHEW )<br>MASHBURN, in his official capacity as )<br>a Member of the Georgia State Election )<br>Board, and ANH LE, in her official )<br>capacity as a Member of the Georgia )<br>State Election Board, )<br>)<br>    Defendants. )<br>_____ ) | CIVIL ACTION<br>FILE NO. _____ |

## VERIFICATION

STATE OF GEORGIA

COUNTY OF _FULTON_

    Personally appeared before me, an officer duly authorized by law to administer oaths, L. Lin Wood, Jr., who after first being duly sworn, states that the

facts contained in the within and foregoing Verified Complaint for Declaratory and

Injunctive Relief are true and correct.

_____
L. Lin Wood, Jr.

Sworn to and subscribed before me
this 13 day of November, 2020.

_____
Notary Public

My Commission Expires:

3/4/2021